AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

LUIS TOPETE,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:09-cv-00618-RCJ-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this entire action is DISMISSED WITH PREJUDICE for failure to state a claim.

  August 17, 2010                 **LANCE S. WILSON**
                                  Clerk

                              /s/ Katie Lynn Ogden
                                Deputy Clerk